IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
|     Geraldine A. Ross | : | |
| | : | |
| | : | Case No.: 18-10252AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 22.

Dated: August 16, 2018          /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek and Cooper
                                  "The Philadelphia Building"
                                  1315 Walnut Street, #502
                                  Philadelphia, PA 19107
                                  215-545-0008