UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Geraldine A. Ross | : | Chapter 13 |
| | : | |
| | : | |
|     Debtor | : | Case No.: 18-10252AMC |

Notice of Objection, Response Deadline and Hearing Date

    Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. , then on or before 10/9/2018. You or your attorney must:

    1.    If you do NOT want the court to eliminate or change your claim, then on or before October 9th, 2018 you or your Attorney must do ALL of the following: If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)    file an answer explaining your position at:
        United States Bankruptcy Court
        Clerk of the Court
        900  Market St, STE 400
        Philadelphia, PA 19107

(b)    mail a copy to the movant's attorney:
        Brad J. Sadek, Esq.
        1315 Walnut Street #502
        Philadelphia, PA 19107

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may decide that you do not oppose the objection to your claim.

    3.    A hearing on the objection is scheduled to be held before The Honorable Ashely M. Chan, October 16th, 2018 at 11:00 AM, at The United States Bankruptcy Court, 900 Market St, STE 400, Philadelphia, PA 19107 Courtroom #4.

    4.    You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.