# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Geraldine A. Ross<br>　　　　　Debtor<br><br>Ditech Financial LLC<br>　　　　　Movant<br>　　vs.<br><br>Geraldine A. Ross<br>　　　　　Respondent | CHAPTER 13<br><br><br>NO. 18-10252 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Ditech Financial LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about February 21, 2018 (Document No. 13).

                                Respectfully submitted,

                                **/s/ Kevin G. McDonald, Esquire**
                                Kevin G. McDonald, Esquire
                                Attorney for Movant
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322

October 2, 2018