IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Geraldine A. Ross | : | Case No.: 18-10252AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

**PRAECIPE TO WITHDRAW**

TO THE COURT:

On behalf of the Debtor, please withdraw the Debtor's Application of Compensation for Attorney Fees, filed at Docket Number 34.

Dated: October 24, 2018    /s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008