UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Geraldine A. Ross | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-10252AMC |

## ORDER

AND NOW, this _19th_ day of _November_, 2018 upon consideration of the Debtor's objection to the proof claim of that CACH, LLC its successors and assigns as assignee of Capital One, N.A. Proof of #15-1, filed on 3/21/2018.

It is hereby ORDERED and DECREED that the proof of claim filed by that CACH, LLC its successors and assigns as assignee of Capital One N.A., Proof of Claim #15-1, filed on 3/21/2018 is hereby stricken and removed from the Claims Register.

_____
Judge Ashely M. Chan