United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 18-10252-amc
Geraldine A. Ross                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR          Page 1 of 1           Date Rcvd: Nov 19, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
db             +Geraldine A. Ross,    719 66th Avenue,    Philadelphia, PA 19126-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Geraldine A. Ross brad@sadeklaw.com,   bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Geraldine A. Ross | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.: 18-10252AMC |

## ORDER

AND NOW, this 19th day of November, 2018 upon consideration of the Debtor's objection to the proof claim of that CACH, LLC its successors and assigns as assignee of Capital One, N.A. Proof of #15-1, filed on 3/21/2018.

It is hereby ORDERED and DECREED that the proof of claim filed by that CACH, LLC its successors and assigns as assignee of Capital One N.A., Proof of Claim #15-1, filed on 3/21/2018 is hereby stricken and removed from the Claims Register.

Judge Ashely M. Chan