United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-10252-amc
Geraldine A. Ross                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Feb 13, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db            +Geraldine A. Ross,    719 66th Avenue,    Philadelphia, PA 19126-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Geraldine A. Ross brad@sadeklaw.com,  bradsadek@gmail.com
          JEROME B. BLANK    on behalf of Creditor    LOANCARE, LLC paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Loancare, LLC. bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    Loancare, LLC. paeb@fedphe.com
          ROBERT J. DAVIDOW    on behalf of Creditor    Loancare, LLC. robert.davidow@phelanhallinan.com
          ROBERT J. DAVIDOW    on behalf of Creditor    LOANCARE, LLC robert.davidow@phelanhallinan.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    CHAPTER 13
GERALDINE A. ROSS                               :
                              Debtor            :    BK. No. 18-10252 AMC

### ORDER

AND NOW, this        day of            , 2020, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to

Movant, its successors or assignees.

**Date: February 13, 2020**

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.                JEROME B. BLANK, ESQ.
CHAPTER 13 TRUSTEE                     PHELAN HALLINAN DIAMOND & JONES, LLP
P.O. BOX 1229                          1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19105                 PHILADELPHIA, PA 19103

BRAD J. SADEK, ESQ.                    GERALDINE A. ROSS
SADEK AND COOPER                       719 66TH AVENUE
1315 WALNUT STREET                     PHILADELPHIA, PA 19126
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106