UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                      CASE NO.: 18-10252-mdc
                                                          **CHAPTER 13**

Geraldine A. Ross,
   Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LOANCARE, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            130 Clinton Rd #202
                                            Fairfield, NJ 07004
                                            Telephone: 470-321-7112

                                            By: /s/Charles Wohlrab
                                                Charles Wohlrab, Esq.
                                                Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>February 1, 2021</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GERALDINE A. ROSS
719 66TH AVENUE
PHILADELPHIA, PA 19126

And via electronic mail to:

SADEK AND COOPER
1315 WALNUT STREET  SUITE 502
PHILADELPHIA, PA 19107

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

        By: <u>/s/ Dena Eaves</u>
        Dena Eaves
        deaves@raslg.com