United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10252-mdc

Geraldine A. Ross     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jun 01, 2023     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geraldine A. Ross, 719 66th Avenue, Philadelphia, PA 19126-3301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

**Name**     **Email Address**

BRAD J. SADEK
    on behalf of Debtor Geraldine A. Ross brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRADLEY JOSEPH OSBORNE
    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. bosborne@hoflawgroup.com
    ckohn@hoflawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Loancare  LLC. cwohlrab@raslg.com

JEROME B. BLANK
    on behalf of Creditor LOANCARE  LLC jblank@pincuslaw.com

KARINA VELTER
    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. karina.velter@powerskirn.com
    bankruptcy@powerskirn.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: 195 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Loancare LLC. bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Loancare LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROBERT J. DAVIDOW
    on behalf of Creditor LOANCARE LLC robert.davidow@phelanhallinan.com

ROBERT J. DAVIDOW
    on behalf of Creditor Loancare LLC. robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                        : Chapter 13

Geraldine A. Ross                          : Case No. 18−10252−mdc

        Debtor(s)

*ORDER*
_____

AND NOW, this day , June 1, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                        By The Court

                                                        Magdeline D. Coleman
                                                        Chief Judge , United States Bankruptcy Court