**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>SHANITA D. OUTING<br>    Debtor | Case No. 20-10679-elf |
| | Chapter 13 |
| Bank of America, N.A.,<br><br>    Movant<br><br>vs.<br>SHANITA D. OUTING<br>    Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this ___12th___ day of _____April_____ , 2022,  it  is  hereby

**ORDERED** that the parties' Stipulation (Doc. # 78( is hereby approved.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**