**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Shanita D. Outing | : | |
| | : | Case No.: 20-10679-ELF |
| Debtor(s) | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the *Second Motion to Modify Plan, Notice of Second Motion to Modify Plan, and Modified Chapter 13 Plan* filed at Docket Entries #81, #82, and #83.

DATED: 4/18/2022        BY:   */s/ Brad J. Sadek*
  Brad J. Sadek, Esq.
  Sadek and Cooper Law Offices
  1315 Walnut Street, Suite 502
  Philadelphia, PA 19107
  215-545-0008
  Attorney for Debtors